**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1685**

MALIK ABDUL BEY, a/k/a Jeffrod Henry, Jr.,

Plaintiff - Appellant,

v.

ADAIR FORD BUROUGHS, U.S. Attorney South Carolina; JOSEPH R. BIDEN, JR., United States of America, Nominally; HENRY DARGAN MCMASTER, State of South Carolina, Nominally,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:23-cv-01929-CMC)

Submitted:  December 14, 2023                  Decided:  December 18, 2023

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Malik Abdul Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malik Abdul Bey appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bey v. Buroughs*, No. 3:23-cv-01929-CMC (D.S.C. June 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*